**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | |
|---|---|
| QCX LLC d/b/a Polymarket US,<br><br>    *Plaintiff*,<br><br>                    v.<br>RAÚL TORREZ, in his official capacity as<br>Attorney General of New Mexico;<br>TERRY MCGAHA, in his official<br>capacity as Acting Executive Director of<br>the New Mexico Gaming Control Board;<br>PATRICK GARRETT, in his official<br>capacity as Chairman of the New Mexico<br>Gaming Control Board;<br>DARREN WHITE, in his official capacity<br>as Commissioner of the New Mexico<br>Gaming Control Board;<br>VAN BILLOPS, in his official capacity as<br>Commissioner of the New Mexico Gaming<br>Control Board;<br>MEKKO M. MILLER, in his official<br>capacity as Commissioner of the<br>New Mexico Gaming Control Board; and<br>BILLY G. SMITH, in his official capacity<br>as Commissioner of the New Mexico<br>Gaming Control Board,<br><br>        *Defendants*. | Case No.: 1:26-cv-02100-JFR-LF<br><br>**JOINT MOTION TO STAY**<br>**PROCEEDINGS** |

Plaintiff and Defendants, through their respective counsel, stipulate and jointly move the

Court as follows:

1.      On June 30, 2026, Plaintiff filed a complaint seeking declaratory and injunctive

relief against Defendants.  *See* Doc. 1.

2.      On July 6, 2026, Plaintiff informed Defendants that it intends to file a Motion for a

Preliminary Injunction.  The parties conferred in good faith in an attempt to resolve or narrow the

issues presented in Plaintiff's anticipated preliminary injunction motion.  To permit the parties to

1

continue negotiations, Plaintiff consented to Defendants' motion to extend the deadline to respond to the Complaint by seven (7) days from July 21, 2026, to July 28, 2026. *See* Doc. 27.

3.     Previously, on June 12, 2026, the Commodity Futures Trading Commission ("CFTC") commenced a lawsuit against the State of New Mexico, Governor Michelle Lujan Grisham, Attorney General Raúl Torrez, and members of the New Mexico Gaming Control Board in the District of New Mexico seeking injunctive relief against New Mexico (the "CFTC proceedings"). *See United States v. New Mexico*, No. 26-cv-01912 (D.N.M. June 12, 2026), Doc. 1.   The parties jointly stipulated to dismissing Governor Michelle Lujan Grisham and members of the New Mexico Gaming Control Board on June 29, 2026. *See id.*, Doc. 19.

4.     On June 18, 2026, the CFTC had filed a motion for a preliminary injunction against the defendants in its lawsuit. *See United States v. New Mexico*, No. 26-cv-01912 (D.N.M. June 18, 2026), Doc. 13.   The Court then granted those parties' joint motion to set a briefing schedule on the CFTC's motion for a preliminary injunction and the defendants' motion to dismiss. *See id.*, Docs. 20, 21.   Briefing is scheduled to conclude on the CFTC's preliminary injunction motion on July 30, 2026, and the defendants' motion to dismiss on Friday, August 7, 2026. *See id.*, Doc. 21.

5.     An order resolving the motions in the CFTC proceedings will likely present a legal question (preemption) that relates to issues present in this case.

6.     The parties concur that a stay of proceedings in this action and a stipulation that Defendants will not file enforcement proceedings as described in Paragraphs 12 and 14 below would promote judicial economy and limit duplicative litigation.

7.     The parties therefore stipulate to and jointly move the Court to enter an order staying this matter for twelve months.

2

8. Two weeks before twelve months from the date of that order, the parties should concurrently file position statements with the Court on lifting or extending the stay.

9. The Court may *sua sponte* lift or extend the stay at any time.

10. The parties agree and therefore stipulate that they will meet and confer and propose a briefing schedule for any preliminary injunction motion brought by Plaintiff, or motion to dismiss brought by Defendants, within 14 days after the stay entered by this Court terminates.

11. The parties agree and therefore jointly move the Court to extend Defendants' time to answer or otherwise respond to Plaintiff's complaint to 60 days after the stay entered by this Court terminates.

12. Defendants agree they will not initiate, pursue, or maintain any civil or criminal enforcement action against Plaintiff based on Plaintiff's listing of sports-related event contracts on its designated contract market until at least 14 days after the stay entered by this Court terminates.

13. Defendants have requested that Plaintiff voluntarily dismiss Defendants Acting Executive Director, Chairman and Commissioners of the New Mexico Gaming Control Board ("Commission Defendants"). Based on the Commission Defendants' representation, stipulation, and agreement, including as set forth in paragraph 14, Plaintiff agrees that it will voluntarily dismiss the Commission Defendants from this action without prejudice.

14. The Commission Defendants represent that the Commission Defendants will not take any enforcement action against Plaintiff independent from the Attorney General at least until after the stay entered by this Court terminates.

15. The parties agree that by entering into this Stipulation, they do not waive any rights in this action beyond those expressly stated herein. The parties also agree that this Stipulation

3

does not resolve any claim or defense asserted in this action, and that neither party will make any motion or argument on the basis of this Stipulation, except as it concerns enforcement of this Stipulation.

16.     For the foregoing reasons, the parties respectfully request the Court stay this matter and dismiss, without prejudice, Terry McGaha, Patrick Garrett, Darren White, Van Billops, Mekko M. Miller, and Billy G. Smith.

Dated: July 24, 2026

**HOLLAND & HART LLP**

*/s/ John C. Anderson*
 John C. Anderson
Olga Serafimova
215 Lincoln Avenue, Suite 100
Santa Fe, NM 87501
Telephone: 505.988-4421
jcanderson@hollandhart.com
omserafimova@hollandhart.com

**GIBSON DUNN & CRUTCHER LLP**

Orin Snyder*
Matt Benjamin*
Rachel Jackson*
Amanda LeSavage*
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
osnyder@gibsondunn.com
mbenjamin@gibsondunn.com
rjackson@gibsondunn.com
alesavage@gibsondunn.com

Thomas H. Dupree, Jr.*
Jacob T. Spencer*
Adam I. Steene*
1700 M Street, N.W.
Washington, D.C. 20036
Telephone: 202.955.8500
tdupree@gibsondunn.com
jspencer@gibsondunn.com
asteene@gibsondunn.com

*Attorneys for Plaintiff QCX LLC d/b/a
Polymarket US*

**\*Association Notices filed*

**NEW MEXICO DEPARTMENT OF JUSTICE**

*/s/ Mark Noferi*
MARK NOFERI
OLIVIA DEN DULK
408 Galisteo Street
Santa Fe, NM 87501
Tel. (505) 640-2891
mnoferi@nmdoj.gov
odendulk@nmdoj.gov

*Attorneys for State of New Mexico and
Raúl Torrez*

**KEEGAN RICHARDSON SOLIMON & WEST LLP**
JUSTIN J. SOLIMON
KELLI J. KEEGAN
JESSE D. HEIBEL
KAYLA J. JANKOWSKI
7424 4th Street NW
Los Ranchos de Albuquerque, NM 87107
(505) 842-6124
jsolimon@indiancountrylaw.com
kkeegan@indiancountrylaw.com
jheibel@indiancountrylaw.com
kjankowski@indiancountrylaw.com

*Attorneys for Terry McGaha, Patrick Garrett,
Indy White, Van Billops, Mekko Miller and
Billy Smith*

*/s/ Michelle Pato*
**NEW MEXICO GAMING CONTROL BOARD**
MICHELLE PATO
4900 Alameda Blvd. NE
Albuquerque, NM 87113
Tel. (505) 331-5734
Michelle.Pato@gcb.nm.gov

5

## CERTIFICATE OF SERVICE

I certify that on July 24, 2026, I filed this Joint Motion to Stay Proceedings on the

Court's CM/ECF system, which will serve by electronic mail all registered counsel of record for

parties who have appeared in this action.


*/s/ John C. Anderson*
John C. Anderson

38512553

6